Dorothea Sager, Plaintiff-Appellant, v. Paul Steele et al., Defendants. Henry C. Husmann and William Thompson, Defendants-Appellees.

Gen. No. 10,104. 

Third District.
February 8, 1957.
Released for publication June 7, 1957.

R. W. Deffenbaugh, for appellant; Roy M. Rhodes, for appellees. Opinion by JUDGE ROETH. Not to be published in full.